GOLDSMITH & HULL, P.C./File CDC811
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
Michael L. Goldsmith SBN 291700
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 2:13-CV-01385 AJW |
|---|---|
| Plaintiff, | <u>CONSENT JUDGMENT</u> |
| vs. | |
| CHARLES OKYERE | <u>Judge: Andrew J. Wistrich</u> |
| Defendant. | |

   Plaintiff UNITED STATES OF AMERICA, having filed its Complaint herein and Defendant CHARLES OKYERE have consented to the making and entry of this Consent Judgment as follow:

   1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto 28 U.S.C. Section 1345).  The Complaint filed herein states a claim upon which relief can begranted.

   2. The Defendant hereby acknowledges and accepts service of the Complaint filed herein.

1

Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

3. Defendant **CHARLES OKYERE** hereby agrees to the entry of this Consent Judgment in the principal amount of $7,488.64 plus interest accrued to September 30, 2014 in the sum of $4,194.39; plus penalties/administrative charges in the amount of $0.00; attorney fees in the amount of $2,000.00 and cost in the sum of $459.00 for a total of $14,142.03; with interest accruing thereafter at he rate of $0.67 per day until entry of judgment.  Consent Judgment will accrue interest at the legal rate until paid.

4. Defendant will make payments to Plaintiff as follow

Down payment of **$200.00** due on or before **October 9, 2014.**

Monthly payments in the amount of **$125.00**, beginning November 9, 2014 and at the same time thereafter each month until the debt is paid in full.

5. Payments are to be made payable to the **U.S. Department of Justice** and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **CDCS 2011A70847** on the face of the check.

//
//
//
//

    6. The payment of **$125.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

    7.  For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of his/her last two earning statements.

    8. Under no circumstances, will the monthly payment be lower than **$125.00** per month.

    9. Should defendant become thirty (30) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment after giving credits for payments made in accordance with the applicable laws.

    10. Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

    11. When the amount of the Consent Judgment is liquidated plaintiff shall prepare and file with the

Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder.

Date: 10/16/2014 _____

_____

Hon. Andrew J. Wistrich, U.S. Magistrate Judge
U.S. District Court Central District of Clairfornia